■ MASTRO PLASTICS CORP., Appellant, v. EMENEE INDUSTRIES, INC., Respondent.— Order, entered July 9, 1964, unanimously modified, on the law, on the facts and in the exercise of discretion, without costs, to provide that the plaintiff shall, within 10 days after service of order hereon with notice of entry, serve its bill of particulars to the demand as modified by said order, and to further provide that if plaintiff does not have present knowledge as to some of the matters and detail required to be given in response to certain items of the demand, the plaintiff shall so state under oath and then, within 10 days after completion of examination before trial of defendant and the receipt of an executed transcript thereof, it shall serve a supplemental bill in full response to said items of the demand. (See *Matter of May*, 17 A D 2d 729; *Parker-Lauer Realty Co.* v. *Long Is. R. R. Co.*, 263 App. Div. 955; *Poliacoff* v. *Fink Realty Corp.*, 219 N. Y. S. 2d 452.) The order as so modified is affirmed. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ DOROTHY ANDERSON, Appellant, v. HARRIS ANDERSON, Respondent.— Order entered March 11, 1964, denying plaintiff's motion for increased support for the two infant issue of the marriage, unanimously reversed, on the law and on the facts, with $30 costs and disbursements to plaintiff-appellant, and the motion granted requiring defendant to pay $1,875 for their tuition for the year 1964. There has been sufficient improvement in the financial condition of defendant father to warrant his payment of the increased costs for the schooling. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ SAMUEL C. LITTELL, as Executor of JULIUS BLUMENFELD, Deceased, Appellant, v. HELMA B. TAISHOFF et al., Respondents.— Order entered May 27, 1964, modifying defendants' demand for a bill of particulars, unanimously modified, on the law and in the exercise of discretion, to the extent of vacating the demand as to items 1 to 9, inclusive, 18 and 19, and, as so modified, affirmed, with $30 costs and disbursements to plaintiff-appellant. In the main the above items refer or are related to matters of record or admitted in the pleadings. The few remaining items are too insignificant to warrant the judicial effort required to isolate them from the numerous unwarranted demands. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.